**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00914-CR

---

## EX PARTE MARVIN R. ZEPEDA, Appellant

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1354291A**

---

## M E M O R A N D U M   O P I N I O N

The trial court denied appellant's application for writ of habeas corpus and appellant filed a timely notice of appeal.

On January 27, 2014, appellant filed a motion to voluntarily dismiss this appeal. The motion is not signed by appellant as required by Texas Rule of Appellate Procedure 42.2(a). However, appellant's counsel avers that appellant has been deported to her country of nationality, El Salvador, and no longer wishes to

pursue this appeal. Counsel stated that "All facts recited in this motion are within the personal knowledge of the counsel signing this motion[.]"

Based on counsel's statement that it is within his personal knowledge that appellant has been deported to El Salvador and no longer wishes to pursue this appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).